SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, CA. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4952
scott@sugarmanandcannon.com

Attorneys for Defendant
    BRYAN HAYNIE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-0425 HSG |
|---|---|
| Plaintiff, | ) CR 08-0280 HSG |
| v. | ) **STIPULATIONS AND ORDER TO CONTINUE SENTENCING AND SET ADMISSION OF ALLEGED SUPERVISED RELEASE VIOLATION** |
| BRYAN HAYNIE, | ) |
| Defendant. | ) |

    Mr. Haynie pled guilty in CR 016-0435 HSG, and this Court set sentencing for January 29, 2018.

    Counsel for Mr. Haynie will be out of country from January 19, 2018 to January 28, 2018. As a result, he will not have sufficient time to review the final PSR, review the final PSR with Mr. Haynie, submit a sentencing memorandum to this Court, and, if appropriate, respond to the government's sentencing memorandum, which will be filed during the period counsel is out of the country.

    Mr. Haynie remains in custody.

This Court's clerk advised counsel for Mr. Haynie that February 26, 2018 is the earliest date this Court could set sentencing that would also allow counsel sufficient time to prepare for sentencing. In light of the time necessary for defense counsel to evaluate the final PSR and prepare a sentencing memorandum, counsel for the government and defendant STIPULATE to continue sentencing from January 29, 2018 to February 26, 2018 at 2:00 p.m.

The pending supervised release violation in CR 08-0280 HSG was recently reassigned to this Court. The parties anticipate that Mr. Haynie will admit some of the allegations in that action. The parties STIPULATE to add that matter to this Court's January 29, 2018 calendar at 2:00 p.m., when Mr. Haynie will make that admission. Following that admission, the parties will propose sentencing on that matter be continued to February 26, 2018 for a single sentencing for both matters.

IT IS SO STIPULATED.

DATED: January 5, 2018 /s/
Karen Kreuzkamp
Assistant United States Attorney

DATED: January 5, 2018 /s/
Scott A. Sugarman
Attorney for Bryan Haynie

SO ORDERED.

DATE: January 5, 2018

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE